# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

161271

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEBORAH TAITT,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 161271
COA: 352365
Wayne CC: 19-001511-FH

     On order of the Court, the application for leave to appeal the April 17, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



t0317

Clerk